IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) CR 6-330 |
| MICHAEL HARDY, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 2nd day of May, 2007,

IT IS HEREBY ORDERED that the sentence imposed on April 12, 2007 in the above captioned cases shall be amended at page 3 to reflect that the Drug Testing shall not be suspended and that the Additional Conditions have been ordered.

In all other respects, the sentence stands as originally imposed.

*Donetta F. Ambrose*
Donetta W. Ambrose
Chief United States District Judge

cc: All Counsel of Record
US Marshal
US Probation
Bureau of Prison